✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| Date | Signature |

Print Name     Bar Number

Address

City     State     Zip Code

Phone Number     Fax Number

```
 1  ELIZABETH M. BARROS
    California State Bar No. 227629
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: elizabeth_barros@fd.org

 5  Attorneys for Ramon Molina-Pena

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE RUBEN B. BROOKS)

11  UNITED STATES OF AMERICA,        )  Case No. 08MJ1812
                                     )
12              Plaintiff,           )
                                     )
13  v.                               )  CERTIFICATE OF SERVICE
                                     )
14  RAMON MOLINA-PENA,               )
                                     )
15              Defendant.           )
    _____)
16

17      Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                          U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov; and
19
                         Robert E. Schroth, Jr.
20       robschrothesq@sbcglobal.net, gershtheman@yahoo.com

21                                   Respectfully submitted,

22

23  DATED:    June 23, 2008          /s/ Elizabeth M. Barros
                                     ELIZABETH M. BARROS
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Ramon Molina-Pena
25

26

27

28
```